# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WILLIE F. BLOUNT, JR.,**

    **Plaintiff,**

**v.**                                            **Case No:   6:16-cv-1973-Orl-41GJK**

**PHYSICIANS ASSOCIATES, CYNTHIA BRIDGES and JANE DOE,**

    **Defendants.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Doc. No. 2)**
>
> **FILED:**       **November 10, 2016**
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** and the case be **DISMISSED**.

On November 10, 2016, Plaintiff, proceeding *pro se*, filed a Civil Rights Complaint Form (the "Complaint") against his health care providers for "cruel and unusual punishment" relating to the providers' alleged refusal to fill Plaintiff's medical prescription. Doc. No. 1 at 5-6. On the same day, Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application"). Doc. No. 2. On November 15, 2016, Magistrate Judge Thomas B. Smith issued an Order stating that "Plaintiff has not alleged a basis for invoking the Court's jurisdiction and [the Complaint] fails to state cause of action." Doc. No. 3 at 2. Judge Smith also granted

Plaintiff 21 days to amend the Complaint so that it states a cause of action within this Court's jurisdiction. *Id.* The Order also stated that the Application would be reviewed following timely amendment of the Complaint. *Id.* Finally, the Order warns that "failure to timely amend [the Complaint] or to establish that jurisdiction exists may result in a recommendation that this case be dismissed without further notice." *Id.*

Based on Judge Smith's Order, Plaintiff's amended complaint was due on December 6, 2016. Plaintiff has yet to file an amended complaint. Pursuant to Judge Smith's Order, the undersigned recommends that the Court enter an Order denying the Application and dismissing the case.

Based on the forgoing, it is **RECOMMENDED** that the Court:

1. **DENY** the Application (Doc. No. 2); and
2. **DISMISS** the Complaint (Doc. No. 1); and
3. Direct the Clerk to close the case.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on December 15, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy